B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Thomas M. Johnson, III**, Debtor(s)

Case No. **1:10-bk-01151**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ala Moana Hotel Condo Hawaiiana Management Co. LTD P.O. Box 30150 Honolulu, HI 96820 | Ala Moana Hotel Condo Hawaiiana Management Co. LTD P.O. Box 30150 Honolulu, HI 96820 | Maintenance Fees | | 50,000.00 |
| Chase Bank P.O. Box 15153 Wilmington, DE 19886-5153 | Chase Bank P.O. Box 15153 Wilmington, DE 19886-5153 | Trade Debt | | 21,683.00 |
| Citibank P.O. Box 8104 South Hackensack, NJ 07606-8104 | Citibank P.O. Box 8104 South Hackensack, NJ 07606-8104 | Outstanding Balance | | 13,618.00 |
| Colony Surf, LTD Colony Surf Association 2895 Kalakaua Avenue Honolulu, HI 96815 | Colony Surf, LTD Colony Surf Association 2895 Kalakaua Avenue Honolulu, HI 96815 | Maintenance Fees | | Unknown |
| Hawaiian Telcom FKA Verizon 1177 Bishop Street Honolulu, HI 96813 | Hawaiian Telcom FKA Verizon 1177 Bishop Street Honolulu, HI 96813 | Outstanding Balance | | 350.00 |
| Hawaiiana Management Co., LTD 711 Kapiolani Boulevard Suite 700 Honolulu, HI 96813 | Hawaiiana Management Co., LTD 711 Kapiolani Boulevard Suite 700 Honolulu, HI 96813 | Maintenance Fees | | Unknown |
| Ko'Olani AOAO Certified Management, Inc. P.O. Box 29730 Honolulu, HI 96820 | Ko'Olani AOAO Certified Management, Inc. P.O. Box 29730 Honolulu, HI 96820 | Maintenance Fees | | 37,000.00 |
| Midland Credit Management 8875 Aero Drive San Diego, CA 92123 | Midland Credit Management 8875 Aero Drive San Diego, CA 92123 | Outstanding Balance | | 21,545.00 |
| Nissan Motor Acceptance 2901 Kinwest Parkway Irving, TX 75063 | Nissan Motor Acceptance 2901 Kinwest Parkway Irving, TX 75063 | Balance for mileage being over the allowed amount for the leased vehicle. | | 2,629.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Thomas M. Johnson, III  
              Debtor(s)

Case No. 1:10-bk-01151

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Pentagon Federal Credit Union<br>P.O. Box 1432<br>Alexandria, VA 22313-2032 | Pentagon Federal Credit Union<br>P.O. Box 1432<br>Alexandria, VA 22313-2032 | Signature Loan | | 12,263.00 |
| Sears Credit Card<br>P.O. Box 183082<br>Columbus, OH 43218 | Sears Credit Card<br>P.O. Box 183082<br>Columbus, OH 43218 | Trade Debt | | 6,100.00 |
| The Carlyle Deco Hotel Condo Association Services of FL<br>10112 USA Today Way<br>Miramar, FL 33025 | The Carlyle Deco Hotel Condo Association Services of FL<br>10112 USA Today Way<br>Miramar, FL 33025 | Association Fees | | 45,000.00 |
| Waipouli Beach Resort AOAO Certified Management, Inc.<br>3179 Koapaka Street<br>Honolulu, HI 96819 | Waipouli Beach Resort AOAO Certified Management, Inc.<br>3179 Koapaka Street<br>Honolulu, HI 96819 | Maintenance Fees | | 31,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, **Thomas M. Johnson, III**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 17, 2010**      Signature  **/s/ Thomas M. Johnson, III**  
                                                                        **Thomas M. Johnson, III**  
                                                                       Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.