LOCAL BANKRUPTCY FORM 3018-1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS M. JOHNSON, III,

CHAPTER 11

CASE NO. 1 : 10 -bk- 01151

Debtor(s)

SECTION 1126 BALLOT REPORT FORM

| | # BALLOTS CAST | # ACCEPTING | # REJECTING | $ ACCEPTING | $ REJECTING | CLASS ACCEPTING | CLASS REJECTING |
|---|---|---|---|---|---|---|---|
| CLASS 2 | 1 | 1 | | 950,000 | | x | |
| CLASS 3 | 1 | 1 | | 725,000 | | x | |
| CLASS 7 | 1 | 1 | | 1,900,000 | | x | |
| CLASS 8 | 1 | 1 | | 34,356 | | x | |
| CLASS 15 | 5 | 2 | 3 | 853,940 | 916,308 | | x |

The following classes are impaired: 2, 3, 4, 5, 6, 7, 8, 10, 11, 12, 13, 14 & 15.

Copies of all ballots not accepted are attached. An explanation of why the ballots were rejected, if applicable, is attached.

PLAN ACCEPTED   YES ✓   NO ☐

The foregoing Report is accurate and complete.

Dated: April 3, 2012

/s/ Craig A. Diehl

Counsel for Plan Proponent