OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: **Thomas M. Johnson, III**         Bank: Wells Fargo

Bankruptcy Number: 141-10-01151                  Account Number: 1010263109096

Date of Confirmation: April 4, 2012              Account Type: Essential Checking

Reporting Period (quarter ended): Sept 30, 2012

    Beginning Cash Balance: $1821.95

All receipts received by the debtor:

    Cash Sales: Wages    $33857.76

    Collection of Accounts Receivable: Rental Income   $99875.02

    Proceeds from Litigation (settlement or otherwise):   $

    Sale of Debtor's Assets:   $

    Capital Infusion pursuant to the Plan:   $

    Total of cash received:   $132,732.78

Total of cash available:   $150944.73

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:   $91130.69

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:   $4625.00

    All other disbursements made in the ordinary course:   $50497.32

    Total Disbursements   $146253.01

Ending Cash Balance   $4691.72

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 11/17/14      Signature _____

                 Name/Title   DIP