# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | | | |
|---|---|---|---|
| **THOMAS M. JOHNSON, III** | Debtor(s) | Chapter: | **11** |
| | | Case Number: | **1-10-bk-01151 RNO** |
| **ALAN POLLOCK, RICHARD PAIGE AND CATHY E. PAIGE 2002 TRUST, SUCCESSOR BY ASSIGNMENT FROM 3M INVESTMENTS, INC.** | Movant(s) vs. | Document No.: | **403** |
| | | Nature of Proceeding: | **Motion for Relief from Automatic Stay** |
| **THOMAS M. JOHNSON, III** | Respondent(s) | | |

## ORDER

Upon consideration of the within Motion of Alan Pollock, Richard Paige, and the Cathy E. Paige 2002 Trust, successor by assignment from 3M Investments, Inc. for Relief from the Automatic Stay, and the Debtor's Answer thereto, and after hearing held on September 17, 2015, it is

ORDERED that said Motion is GRANTED and the automatic stay imposed by § 362 of the Bankruptcy Code is modified and the Movants are granted relief from the automatic stay provisions pursuant to 11 U.S.C. § 362(d) in regard to the Collateral with respect to any bankruptcy filings by Debtor, and may proceed under applicable non-bankruptcy law to enforce its rights to collect the debt owed it and set forth in the within Motion or take any other appropriate action as to the Collateral.

The Court's findings and conclusions were stated on the record in open court pursuant to F.R.B.P. 7052.

By the Court,

*Robert N. Opel II* (signature)

Date: September 17, 2015

Robert N. Opel, II, Bankruptcy Judge

(BI)

MDPA-ABLANK.WPT - REV 11/04