# Notice Recipients

District/Off: 0314–1    User: DGeorge    Date Created: 9/17/2015
Case: 1:10–bk–01151–RNO    Form ID: pdf010    Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Thomas M. Johnson, III    520 Lunalio Home Rd Unit 104    Honolulu, HI 96825–1708

TOTAL: 1