OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III        Bank: Wells Fargo

Bankruptcy Number: 141-10-01151            Account Number: 9096

Date of Confirmation: April 4, 2012        Account Type: Checking

Reporting Period (quarter ended): June 30, 2016

Beginning Cash Balance:                                       $ 718.22

All receipts received by the debtor:

    Cash Sales: Wages + Interest                       $ 41900.22

    Collection of Accounts Receivable: Rental Incomes  105018.14

    Proceeds from Litigation (settlement or otherwise): $

    Sale of Debtor's Assets:                            $

    Capital Infusion pursuant to the Plan:              $

    Total of cash received:                             $ 146918.36

Total of cash available:                                      $ 147636.58

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the
    administrative claims of bankruptcy professionals:  $ 80363.65

    Disbursements made pursuant to the administrative claims
    of bankruptcy professionals:                        $ 1661.00

    All other disbursements made in the ordinary course: $ 65314.98

    Total Disbursements                                  $ 147339.63

Ending Cash Balance                                           $ 296.95

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/14/16

Signature _____

Name/Title: Thomas Johnson / DIP

Case 1:10-bk-01151-RNO    Doc 450    Filed 07/15/16    Entered 07/15/16 11:45:31    Desc
Main Document    Page 1 of 1