OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III       Bank: Wells Fargo

Bankruptcy Number: 141-10-01151            Account Number: 9096

Date of Confirmation: April 4, 2012        Account Type: Checking

Reporting Period (quarter ended): September 30, 2016

Beginning Cash Balance: $ 296.95

All receipts received by the debtor:

Cash Sales: Wages + Interest         $ 65177.78
Collection of Accounts Receivable: Rental Incomes  110355.27
Proceeds from Litigation (settlement or otherwise): $ _____
Sale of Debtor's Assets: $ _____
Capital Infusion pursuant to the Plan: $ _____
Total of cash received: $ 175,533.05

Total of cash available: $ 175,830.00

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 94881.02

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 2102.50

All other disbursements made in the ordinary course: $ 52857.16

Total Disbursements $ 149,840.68

Ending Cash Balance $ 25,989.32

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/11/16

Signature _____
Name/Title  Thomas Johnson/DIP

Case 1:10-bk-01151-RNO   Doc 454   Filed 10/18/16   Entered 10/18/16 08:39:43   Desc
Main Document    Page 1 of 1