OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III   Bank: Wells Fargo

Bankruptcy Number: 141-10-01151   Account Number: ___ ___ 096

Date of Confirmation: April 4, 2012   Account Type: Checking

Reporting Period (quarter ended): December 31, 2016

Beginning Cash Balance: $25,989.32

All receipts received by the debtor:

Cash Sales: Wages + Interest   $62,409.31

Collection of Accounts Receivable: Rental Incomes   $80129.75

~~Proceeds from Litigation (settlement or otherwise):~~ VA Disability Benefits Back Pay   $79265.84

Sale of Debtor's Assets:   $_____

Capital Infusion pursuant to the Plan:   $_____

Total of cash received:   $221,804.90

Total of cash available:   $247,794.22

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:   $72113.31

Disbursements made pursuant to the administrative claims of bankruptcy professionals:   $10283.44

All other disbursements made in the ordinary course:   $89500.00

Total Disbursements   $171,896.75

Ending Cash Balance   $75,897.47

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/12/17   Signature _____
Name/Title: Thomas Johnson / DIP