```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 10-01151-RNO
Thomas M. Johnson                                               Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AGarner          Page 1 of 2          Date Rcvd: Jan 26, 2017
                            Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2017.
db            Thomas M. Johnson, III,    520 Lunalio Home Rd Unit 104,    Honolulu, HI  96825-1708
             +GINA A. JOHNSON,    5543 KALANIANAOLE HIGHWAY,    HONOLULU, HI 96821-2012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
              Abbe A. Miller    on behalf of Creditor Keiko  Kakamura White abbe.miller@weirpartners.com,
               imarciniszyn@weirpartners.com
              Abbe A. Miller    on behalf of Creditor Toshiko  Kakamura abbe.miller@weirpartners.com,
               imarciniszyn@weirpartners.com
              Ann E. Swartz    on behalf of Creditor    Bank of New York Mellon Et Al... ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    BAC Home Loans Servicing, LP fka Countrywide Home Loans
               Servicing LP ASwartz@mwc-law.com,   ecfmail@mwc-law.com
              Beth L Slaby    on behalf of Creditor    JP Morgan Chase Bank, N.A. bslaby@clarkhill.com,
               aporter@clarkhill.com
              Bonnie R Golub    on behalf of Creditor Toshiko  Kakamura bgolub@weirpartners.com,
               imarciniszyn@weirpartners.com
              Bonnie R Golub    on behalf of Creditor Keiko  Kakamura White bgolub@weirpartners.com,
               imarciniszyn@weirpartners.com
              Brian Michael Kile    on behalf of Creditor    EMC Mortgage Corporation bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Craig A. Diehl    on behalf of Debtor Thomas M. Johnson, III cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com
              Diane E Vuocolo    on behalf of Creditor    Bank of Hawaii vuocolod@gtlaw.com
              Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
               Gregory.B.Schiller@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
              Gregory R. Lyons    on behalf of Asst. U.S. Trustee    United States Trustee
               ustpregion03.ha.ecf@usdoj.gov
              James  Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    JP Morgan Chase Bank, N.A. pamb@fedphe.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Ko'olani
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com;rmcdonald@sheilslaw.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Waupoli Beach Resort
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com;rmcdonald@sheilslaw.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Ala Moana Hotel
               Condominium jspottesq@sheilslaw.com,   psheldon@sheilslaw.com;rmcdonald@sheilslaw.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Waikiki Marina
               Condominium jspottesq@sheilslaw.com,   psheldon@sheilslaw.com;rmcdonald@sheilslaw.com
              Jill M. Spott    on behalf of Creditor Cathy Paige 2002 Tru  Alan Pollock, Richard Paige,
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com;rmcdonald@sheilslaw.com
              Jodi L Hause    on behalf of Creditor    MERS as Nominee for Bank of America jhause@reedsmith.com,
               jodihause@hotmail.com
              Jodi L Hause    on behalf of Creditor    EMC Mortgage Corporation jhause@reedsmith.com,
               jodihause@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              Joseph Angelo Dessoye    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    JP Morgan Chase Bank, N.A. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Aurora Loan Services, LLC. pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    JPMorgan Chase Bank, National Association
               pamb@fedphe.com
              Markian R Slobodian    on behalf of Creditor    Marriott Ownership Resorts, Inc. law.ms@usa.net
              Thomas M Federman    on behalf of Creditor    Green Planet Servicing, LLC info@federmanlegal.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William J Levant    on behalf of Creditor    Association of Apartment Owners of Waikiki Marina
               Condominium efile.wjl@kaplaw.com
                                                                                                 TOTAL: 30

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS M. JOHNSON, III | : | BK. No. 1:10-bk-01151-RNO |
| Debtor | : | |
| | : | Chapter No. 11 |
| JPMORGAN CHASE BANK, NATIONAL ASSOCIATION | : | |
| Movant | : | |
| v. | : | |
| THOMAS M. JOHNSON, III | : | 11 U.S.C. §362 and 1301 |
| GINA A. JOHNSON (Non-filing Co-debtor) | : | |
| Respondents | : | |

**ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY AND THE CO-DEBTOR STAY WITH RESPECT TO 5543 KALANIANAOLE HIGHWAY, HONOLULU, HI 96821.**

Upon consideration of Motion of **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION** (Movant), and Debtor's Answer thereto, after hearing held on January 26, 2017, it is:

**ORDERED AND DECREED:** that the Motion is GRANTED effective in sixty (60) days from the date of this Order that the Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 and the Co-Debtor Stay, as provided for under 11 U.S.C. §1301 is granted with respect to, 5543 KALANIANAOLE HIGHWAY, HONOLULU, HI 96821(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: January 26, 2017