OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III          Bank: Wells Fargo

Bankruptcy Number: 141-10-01151              Account Number _____

Date of Confirmation: April 4, 2012          Account Type: Checking

Reporting Period (quarter ended): March 31, 2017

Beginning Cash Balance:                      $ 75,897.47

All receipts received by the debtor:

    Cash Sales: Wages + Interest         $ 62,263.72
    Collection of Accounts Receivable: Rental Incomes 92,617.34
    Proceeds from Litigation (settlement or otherwise): $_____
    Sale of Debtor's Assets:             $_____
    Capital Infusion pursuant to the Plan: $_____
    Total of cash received:              $ 154,881.06

Total of cash available:                     $ 230,778.53

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 71,310.51
    Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 6,100.00
    All other disbursements made in the ordinary course: $ 66,096.11
    Total Disbursements                  $ 143,506.62

Ending Cash Balance                          $ 87,271.91

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4/10/17

Signature _____

Name/Title Thomas M. Johnson III /DIP