OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III      Bank: Wells Fargo

Bankruptcy Number: 141-10-01151      Account Number: 9096

Date of Confirmation: April 4, 2012      Account Type: Checking

Reporting Period (quarter ended): June 30, 2017

Beginning Cash Balance: $ 87,271.91

All receipts received by the debtor:

Cash Sales: Wages + Interest     $ 59,014.27

Collection of Accounts Receivable: Rental Incomes    75337.02

Proceeds from Litigation (settlement or otherwise): $_____

Sale of Debtor's Assets: $_____

Capital Infusion pursuant to the Plan: $_____

Total of cash received:     $ 134,351.29

Total of cash available:     $ 221,623.20

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 62,432.69

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 5,400.00

All other disbursements made in the ordinary course: $ 69,006.44

Total Disbursements     $ 136,839.13

Ending Cash Balance     $ 84,784.07

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/17/17

Signature: _____ III

Name/Title: Thomas M. Johnson III / DIP