# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Thomas M. Johnson, III, | : | BK. NO. 10-01151 RNO |
|     Debtor | : | |
| | : | |
| Citibank, N.A., not in its individual | : | CHAPTER 11 |
| Capacity, but solely as trustee of NRZ | : | |
| Pass-Through Trust VI, | : | |
|     Movant | : | |
| | : | |
|     v. | : | |
| | : | |
| Thomas M. Johnson, III, | : | |
|     Respondent | : | |

## ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW COMES, Debtor, Thomas M. Johnson, III, by and through his undersigned counsel, answering the Motion for Relief from the Automatic Stay as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied. Strict proof thereof is demanded at trial.

6. Denied. Strict proof thereof is demanded at trial.

7. Denied. The loan documents speak for themselves.

8. Denied. Since Movant has not specified the priority of Movant's lien relative to any other liens against the property, pursuant to Local Bankruptcy Rule 4001-1(d)(2). Debtor may have equity in the property which would provide adequate protection to Movant.

9. Denied. The averment contains a conclusion of law.

WHEREFORE, Debtor respectfully requests Movant's Motion for Relief from the Automatic Stay to be denied.

Respectfully submitted,

LAW OFFICES OF CRAIG A. DIEHL

Date: September 6, 2017      By: /s/ Craig A. Diehl, Esq., CPA
                                                       Craig A. Diehl, Esquire, CPA
                                                       Attorney I.D. No. 52801
                                                       3464 Trindle Road
                                                       Camp Hill, PA 17011
                                                     Tel: (717) 763-7613
                                                       Fax: (717) 763-8293
                                                       Attorney for Debtor