```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                        Case No. 10-01151-RNO
Thomas M. Johnson                                             Chapter 11
       Debtor            CERTIFICATE OF NOTICE
District/off: 0314-1       User: JGoodling            Page 1 of 2          Date Rcvd: Sep 21, 2017
                           Form ID: pdf010            Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2017.
cr             +Association of Apartment Owners of Ko'olani,    c/o Certified management, Inc.,
                 3179 Koapaka Street,    Hohololu, HI 96819-1927
cr             +Association of Apartment Owners of Waikiki Marina,   1700 Ala Moana Boulevard,
                 Honolulu, HI 96815-1415

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2017 at the address(es) listed below:
              Abbe A. Miller    on behalf of Creditor Keiko  Kakamura White abbe.miller@weirpartners.com,
               imarciniszyn@weirpartners.com
              Abbe A. Miller    on behalf of Creditor Toshiko  Kakamura abbe.miller@weirpartners.com,
               imarciniszyn@weirpartners.com
              Ann E. Swartz    on behalf of Creditor    Bank of New York Mellon Et Al... ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Creditor    BAC Home Loans Servicing, LP fka Countrywide Home Loans
               Servicing LP ASwartz@mwc-law.com,   ecfmail@mwc-law.com
              Beth L Slaby    on behalf of Creditor    JP Morgan Chase Bank, N.A. bslaby@clarkhill.com,
               aporter@clarkhill.com
              Bonnie R Golub    on behalf of Creditor Toshiko  Kakamura bgolub@weirpartners.com,
               imarciniszyn@weirpartners.com
              Bonnie R Golub    on behalf of Creditor Keiko  Kakamura White bgolub@weirpartners.com,
               imarciniszyn@weirpartners.com
              Brian Michael Kile    on behalf of Creditor    EMC Mortgage Corporation bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Craig A. Diehl    on behalf of Debtor Thomas M. Johnson, III cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              Diane E Vuocolo    on behalf of Creditor    Bank of Hawaii vuocolod@gtlaw.com
              Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
               Gregory.B.Schiller@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
              Gregory R. Lyons    on behalf of Asst. U.S. Trustee    United States Trustee
               ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    JP Morgan Chase Bank, N.A. pamb@fedphe.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Ko'olani
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Waupoli Beach Resort
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Ala Moana Hotel
               Condominium jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Waikiki Marina
               Condominium jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jill M. Spott    on behalf of Creditor Cathy Paige 2002 Tru  Alan Pollock, Richard Paige,
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jodi L Hause    on behalf of Creditor    MERS as Nominee for Bank of America jhause@reedsmith.com,
               jodihause@hotmail.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Jodi L Hause    on behalf of Creditor   EMC Mortgage Corporation jhause@reedsmith.com,
           jodihause@hotmail.com
          Joseph Angelo Dessoye    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor    JP Morgan Chase Bank, N.A. pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor    Aurora Loan Services, LLC. pamb@fedphe.com
          Mario John Hanyon    on behalf of Creditor    JPMorgan Chase Bank, National Association
           pamb@fedphe.com
          Markian R Slobodian    on behalf of Creditor    Marriott Ownership Resorts, Inc. law.ms@usa.net
          Thomas M Federman    on behalf of Creditor    Green Planet Servicing, LLC info@federmanlegal.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William J Levant    on behalf of Creditor    Association of Apartment Owners of Waikiki Marina
           Condominium efile.wjl@kaplaw.com
                                                                                             TOTAL: 30
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Thomas M. Johnson III<br>　　　　　　Debtor(s)<br><br>Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI<br>　　　　　　Movant<br>vs.<br><br>Thomas M. Johnson III<br>　　　　　　Respondent | CHAPTER 11<br><br><br>NO. 1:10-01151 RNO<br><br><br>11 U.S.C. Sections 362 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, and the Debtor's Answer thereto, after hearing held on September 21, 2017, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1177 Queen Street Apartment 3705, Honolulu, HI 96814 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

By the Court,

*[signature]*

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 21, 2017