OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: **Thomas M. Johnson, III**          Bank: Wells Fargo

Bankruptcy Number: __141-10-01151__          Account Number: 9096

Date of Confirmation: _April 4, 2012_          Account Type: Checking

Reporting Period (quarter ended): September 30, 2017

Beginning Cash Balance: $84,784.07

All receipts received by the debtor:

Cash Sales: Wages + Interest          $59,190.38

Collection of Accounts Receivable: Rental Incomes          95,101.63

Proceeds from Litigation (settlement or otherwise): $_____

Sale of Debtor's Assets: $_____

Capital Infusion pursuant to the Plan: $_____

Total of cash received: $154,292.01

Total of cash available: $239,076.08

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the
administrative claims of bankruptcy professionals: $70,823.55

Disbursements made pursuant to the administrative claims
of bankruptcy professionals: $5702.46

All other disbursements made in the ordinary course: $85,300.56

Total Disbursements $161,826.57

Ending Cash Balance $77,249.51

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/18/17

Signature _____

Name/Title _Thomas M. Johnson III, DIP_