OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III  Bank: Wells Fargo

Bankruptcy Number: 10-01151  Account Number: 9096

Date of Confirmation: April 4, 2012  Account Type: Checking

Reporting Period (quarter ended): December 31, 2017

Beginning Cash Balance: $77,249.51

All receipts received by the debtor:

Cash Sales: Wages + Interest   $50,986.43

Collection of Accounts Receivable: Rental Incomes  70,506.36

Proceeds from Litigation (settlement or otherwise): $

Sale of Debtor's Assets: $

Capital Infusion pursuant to the Plan: $

Total of cash received:  $121,492.79

Total of cash available:  $198,742.30

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:  $66,699.07

Disbursements made pursuant to the administrative claims of bankruptcy professionals:  $17,535.00

All other disbursements made in the ordinary course:  $74,347.08

Total Disbursements  $158,581.15

Ending Cash Balance  $40,161.15

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/17/18

Signature

Name/Title Thomas M Johnson III, DIP