OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III     Bank: Wells Fargo

Bankruptcy Number: 141-10-01151     Account Number: 9096

Date of Confirmation: April 4, 2012     Account Type: Checking

Reporting Period (quarter ended): March 31, 2018

Beginning Cash Balance: $40161.15

All receipts received by the debtor:

Cash Sales: Wages + Interest     $44136.15

Collection of Accounts Receivable: Rental Incomes  76545.33

Proceeds from Litigation (settlement or otherwise): $_____

Sale of Debtor's Assets: $_____

Capital Infusion pursuant to the Plan: $_____

Total of cash received: $_____

Total of cash available: $120,681.48

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $59,972.09

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $6,915.00

All other disbursements made in the ordinary course: $62,564.81

Total Disbursements $129451.90

Ending Cash Balance $31390.73

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4/17/18     Signature _____

Name/Title Thomas M. Johnson III / DIP