OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: **Thomas M. Johnson, III**  Bank: Wells Fargo

Bankruptcy Number: 141-10-01151  Account Number: XXXXXXXXX9096

Date of Confirmation: April 4, 2012  Account Type: Checking

Reporting Period (quarter ended): June 30, 2018

Beginning Cash Balance: $ 31,390.73

All receipts received by the debtor:

Cash Sales: Wages + Interest  $ 60,697.42

Collection of Accounts Receivable: Rental Incomes  $ 105,855.75

Proceeds from Litigation (settlement or otherwise): $ _____

Sale of Debtor's Assets: $ _____

Capital Infusion pursuant to the Plan: $ _____

Total of cash received: $ 166,553.17

Total of cash available: $ 197,943.90

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 75,881.88

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 6,915.00

All other disbursements made in the ordinary course: $ 80,012.37

Total Disbursements $ 162,809.25

Ending Cash Balance $ 35,134.65

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/17/18

Signature _____

Name/Title: Thomas M. Johnson III / DIP