UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

IN RE:  CASE NO.: 1:10-bk-01151-RNO
 CHAPTER 11

Thomas M. Johnson, III,

   Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

18-210372 - CaK
JOHNSON, THOMAS
Request for Service

Page 1

Case 1:10-bk-01151-RNO   Doc 480   Filed 09/28/18   Entered 09/28/18 07:54:06   Desc
Page 1 of 3

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com

18-210372 - CaK
JOHNSON, THOMAS
Request for Service
Page 2

Case 1:10-bk-01151-RNO   Doc 480   Filed 09/28/18   Entered 09/28/18 07:54:06   Desc
Page 2 of 3

CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that on September 28, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CRAIG A. DIEHL
3464 TRINDLE ROAD
CAMP HILL, PA 17011-4436

THOMAS M. JOHNSON, III
520 LUNALIO HOME RD
UNIT 104
HONOLULU, HI 96825-1708

US DEPARTMENT OF JUSTICE
OFFICE OF THE US TRUSTEE, ROOM 1190
FEDERAL BUILDING, 228 WALNUT STREET
HARRISBURG, PA 17101

ASST. U.S. TRUSTEE
228 WALNUT STREET
SUITE 1190
HARRISBURG, PA 17108

             RAS Crane, LLC
             Authorized Agent for Secured Creditor
             10700 Abbott's Bridge Road, Suite 170
             Duluth, GA 30097
             Telephone: 470-321-7112
             Facsimile: 404-393-1425
             By: /s/Kevin Buttery
             Kevin Buttery, Esquire
             Email: kbuttery@rascrane.com

18-210372 - CaK
JOHNSON, THOMAS
Request for Service
Page 3

Case 1:10-bk-01151-RNO Doc 480 Filed 09/28/18 Entered 09/28/18 07:54:06 Desc
Page 3 of 3