OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: **Thomas M. Johnson, III**          Bank: Wells Fargo

Bankruptcy Number:  141-10-01151          Account Number: 09096

Date of Confirmation: April 4, 2012          Account Type: Checking

Reporting Period (quarter ended): September 30, 2018

Beginning Cash Balance:          $ 35 134.65

All receipts received by the debtor:

Cash Sales: Wages + Interest          $ 54 026.06

Collection of Accounts Receivable: Rental Incomes 64 899.03

Proceeds from Litigation (settlement or otherwise):          $ _____

Sale of Debtor's Assets:          $ _____

Capital Infusion pursuant to the Plan:          $ _____

Total of cash received:          $ 118 925.09

Total of cash available:          $ 154 059.74

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the
     administrative claims of bankruptcy professionals:          $ 75 120.21

Disbursements made pursuant to the administrative claims
     of bankruptcy professionals:          $ 6275.00

All other disbursements made in the ordinary course:          $ 65 201.20

Total Disbursements          $ 146 596.41

Ending Cash Balance          $ 7463.33

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/17/18          Signature _____

          Name/Title Thomas M. Johnson III / DIP