In re:                                                              Case No. 10-01151-RNO
Thomas M. Johnson                                                   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: DGeorge     Page 1 of 2     Date Rcvd: Oct 26, 2018
                      Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2018.
3543192        AURORA LOAN SERVICES, LLC.,    BANKRUPTCY DEPT,    PO BOX 5180,    DENVER, CO 80127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:

        Abbe A. Miller    on behalf of Creditor Keiko Kakamura White abbe.miller@weirpartners.com, imarciniszyn@weirpartners.com
        Abbe A. Miller    on behalf of Creditor Toshiko Kakamura abbe.miller@weirpartners.com, imarciniszyn@weirpartners.com
        Ann E. Swartz    on behalf of Creditor   Bank of New York Mellon Et Al... ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Ann E. Swartz    on behalf of Creditor   BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com
        Beth L Slaby    on behalf of Creditor   JP Morgan Chase Bank, N.A. bslaby@clarkhill.com, aporter@clarkhill.com
        Bonnie R Golub    on behalf of Creditor Toshiko Kakamura bgolub@weirpartners.com, imarciniszyn@weirpartners.com
        Bonnie R Golub    on behalf of Creditor Keiko Kakamura White bgolub@weirpartners.com, imarciniszyn@weirpartners.com
        Brian Michael Kile    on behalf of Creditor   EMC Mortgage Corporation bkile@grenenbirsic.com, mcupec@grenenbirsic.com
        Craig A. Diehl    on behalf of Debtor 1 Thomas M. Johnson, III cdiehl@cadiehllaw.com, jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
        Diane E Vuocolo    on behalf of Creditor   Bank of Hawaii vuocolod@gtlaw.com
        Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee   United States Trustee Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
        Gregory R. Lyons    on behalf of Asst. U.S. Trustee   United States Trustee ustpregion03.ha.ecf@usdoj.gov
        James Warmbrodt    on behalf of Creditor   Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
        Jerome B Blank    on behalf of Creditor   JP Morgan Chase Bank, N.A. pamb@fedphe.com
        Jill M. Spott    on behalf of Creditor   Association of Apartment Owners of Waikiki Marina Condominium jspottesq@sheilslaw.com, psheldon@sheilslaw.com
        Jill M. Spott    on behalf of Creditor Cathy Paige 2002 Tru Alan Pollock, Richard Paige, jspottesq@sheilslaw.com, psheldon@sheilslaw.com
        Jill M. Spott    on behalf of Creditor   Association of Apartment Owners of Ko'olani jspottesq@sheilslaw.com, psheldon@sheilslaw.com
        Jill M. Spott    on behalf of Creditor   Association of Apartment Owners of Ala Moana Hotel Condominium jspottesq@sheilslaw.com, psheldon@sheilslaw.com
        Jill M. Spott    on behalf of Creditor   Association of Apartment Owners of Waupoli Beach Resort jspottesq@sheilslaw.com, psheldon@sheilslaw.com
        Jodi L Hause    on behalf of Creditor   MERS as Nominee for Bank of America jodi.hause@phelanhallinan.com, pamb@fedphe.com
        Jodi L Hause    on behalf of Creditor   EMC Mortgage Corporation jodi.hause@phelanhallinan.com, pamb@fedphe.com
        Joseph Angelo Dessoye    on behalf of Creditor   JPMorgan Chase Bank, National Association pamb@fedphe.com
        Joseph P Schalk    on behalf of Creditor   JP Morgan Chase Bank, N.A. jschalk@barley.com, sromig@barley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph P Schalk    on behalf of Creditor    Bank of America, N.A. jschalk@barley.com, sromig@barley.com
          Joseph P Schalk    on behalf of Creditor    Aurora Loan Services, LLC. jschalk@barley.com, sromig@barley.com
          Kevin  Buttery    on behalf of Creditor    THE BANK OF NEW YORK MELLON kbuttery@rascrane.com
          Mario John Hanyon    on behalf of Creditor    JPMorgan Chase Bank, National Association pamb@fedphe.com
          Markian R Slobodian    on behalf of Creditor    Marriott Ownership Resorts, Inc. law.ms@usa.net
          Matthew T Eyet    on behalf of Creditor    Castle Peak 2012-1 Loan Trust Mortgage Backed Notes, Series 2012-1, by U.S. Bank National Association, as Indenture Trustee, Successor in Interest to Aurora Loan Services, LLC MEYET@SANDELANDSLAW.COM, meyet@se-llp.com
          Thomas M Federman    on behalf of Creditor    Green Planet Servicing, LLC info@federmanlegal.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          William J Levant    on behalf of Creditor    Association of Apartment Owners of Waikiki Marina Condominium efile.wjl@kaplaw.com

                                                            TOTAL: 32

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:10-bk-01151-RNO
Chapter 11

In re: Debtor(s) (including Name and Address)

Thomas M. Johnson
520 Lunalio Home Rd Unit 104
Honolulu HI 96825-1708

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/25/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: AURORA LOAN SERVICES, LLC., BANKRUPTCY DEPT, PO BOX 5180, DENVER, CO 80127 | Crosby Capital USA<br>1688 Meridian Avenue 7th<br>Miami Beach, FL 33139<br>Crosby Capital USA<br>1688 Meridian Avenue 7th<br>Miami Beach, FL 33139 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/28/18

Terrence S. Miller
**CLERK OF THE COURT**