This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: **Thomas M. Johnson, III**          Bank: Wells Fargo

Bankruptcy Number: __141-10-01151__          Account Number: _____ 9096

Date of Confirmation: __April 4, 2012__          Account Type: Checking

Reporting Period (quarter ended): December 31, 2018

Beginning Cash Balance:                                    $ 7463.33

All receipts received by the debtor:

Cash Sales: Wages + Interest          $ 69711.12

Collection of Accounts Receivable: Rental Incomes  87157.30

Proceeds from Litigation (settlement or otherwise):          $_____

Sale of Debtor's Assets:                                    $_____

Capital Infusion pursuant to the Plan:                      $_____

Total of cash received:                                    $ 156868.42

Total of cash available:                                    $ 164331.75

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the
administrative claims of bankruptcy professionals:          $ 53301.16

Disbursements made pursuant to the administrative claims
of bankruptcy professionals:                               $ 18657.00

All other disbursements made in the ordinary course:        $ 71507.25

Total Disbursements                                        $ 143465.41

Ending Cash Balance                                        $ 20866.34

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to
the best of my knowledge and belief.

Date: 1/15/19

Signature _____

Name/Title  Thomas Johnson / DIP