OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III   Bank: Wells Fargo

Bankruptcy Number: 141-10-01151   Account Number: 9096

Date of Confirmation: April 4, 2012   Account Type: Checking

Reporting Period (quarter ended): March 31, 2019

Beginning Cash Balance: $ 20866.34

All receipts received by the debtor:

Cash Sales: Wages + Interest   $ 25722.56
Collection of Accounts Receivable: Rental Incomes  91484.72
Proceeds from Litigation (settlement or otherwise): $ 40000.00
Sale of Debtor's Assets: $ .00
Capital Infusion pursuant to the Plan: $ .00
Total of cash received: $ 157207.28

Total of cash available: $ 178073.62

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 38781.59

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 6161.50

All other disbursements made in the ordinary course: $ 102694.79

Total Disbursements $ 147637.88

Ending Cash Balance $ 30435.74

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4/15/19   Signature: [signed]
Name/Title: Thomas Johnson DIP

Case 1:10-bk-01151-HWV   Doc 489   Filed 04/18/19   Entered 04/18/19 14:56:23   Desc Main Document   Page 1 of 1