OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III  Bank: Wells Fargo

Bankruptcy Number: 141-10-01151  Account Number: 9096

Date of Confirmation: April 4, 2012  Account Type: Checking

Reporting Period (quarter ended): June 30, 2019

Beginning Cash Balance: $30435.74

All receipts received by the debtor:

Cash Sales: Wages + Interest  $37272.40

Collection of Accounts Receivable: Rental Incomes  77272.17

Proceeds from Litigation (settlement or otherwise): $.00

Sale of Debtor's Assets: $.00

Capital Infusion pursuant to the Plan: $.00

Total of cash received: $114544.57

Total of cash available: $144980.31

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $42,445.63

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $5100.00

All other disbursements made in the ordinary course: $79379.77

Total Disbursements $126,925.40

Ending Cash Balance $18054.91

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/11/19  Signature: [signed]

Name/Title: Thomas Johnson III / DIP

Case 1:10-bk-01151-HWV  Doc 490  Filed 07/18/19  Entered 07/18/19 10:26:34  Desc  Main Document  Page 1 of 1