OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III  Bank: Wells Fargo

Bankruptcy Number: 141-10-01151  Account Number: 9096

Date of Confirmation: April 4, 2012  Account Type: Checking

Reporting Period (quarter ended): September 30, 2019

Beginning Cash Balance: $18054.91

All receipts received by the debtor:

Cash Sales: Wages + Interest  $54204.40

Collection of Accounts Receivable: Rental Incomes  51121.70

Proceeds from Litigation (settlement or otherwise): $.00

Sale of Debtor's Assets: $.00

Capital Infusion pursuant to the Plan: $.00

Total of cash received: $105326.10

Total of cash available: $123381.01

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $45628.30

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $4650.00

All other disbursements made in the ordinary course: $69290.70

Total Disbursements  $119569.00

Ending Cash Balance  $3812.01

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10/14/19

Signature

Name/Title: Thomas M. Johnson / DIP