```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 10-01151-HWV
Thomas M. Johnson                                                   Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: PatriciaR          Page 1 of 2          Date Rcvd: Dec 02, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
4557071        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court:  Nationstar Mortgage LLC,    PO Box 619096,   Dallas, TX 75261-9741)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
              Abbe A. Miller    on behalf of Creditor Keiko  Kakamura White abbe.miller@weirpartners.com,
               imarciniszyn@weirpartners.com
              Abbe A. Miller    on behalf of Creditor Toshiko  Kakamura abbe.miller@weirpartners.com,
               imarciniszyn@weirpartners.com
              Ann E. Swartz    on behalf of Creditor    Bank of New York Mellon Et Al... ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    BAC Home Loans Servicing, LP fka Countrywide Home Loans
               Servicing LP ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Beth L Slaby    on behalf of Creditor    JP Morgan Chase Bank, N.A. bslaby@clarkhill.com,
               aporter@clarkhill.com
              Bonnie R Golub    on behalf of Creditor Toshiko  Kakamura bgolub@weirpartners.com,
               imarciniszyn@weirpartners.com
              Bonnie R Golub    on behalf of Creditor Keiko  Kakamura White bgolub@weirpartners.com,
               imarciniszyn@weirpartners.com
              Brian Michael Kile    on behalf of Creditor    EMC Mortgage Corporation bkile@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Craig A. Diehl    on behalf of Debtor 1 Thomas M. Johnson, III cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              Diane E Vuocolo    on behalf of Creditor    Bank of Hawaii vuocolod@gtlaw.com
              Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
               Gregory.B.Schiller@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
              Gregory R. Lyons    on behalf of Asst. U.S. Trustee    United States Trustee
               ustpregion03.ha.ecf@usdoj.gov
              James Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    JP Morgan Chase Bank, N.A. pamb@fedphe.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Waikiki Marina
               Condominium jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jill M. Spott    on behalf of Creditor Cathy Paige 2002 Tru  Alan Pollock, Richard Paige,
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Ko'olani
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Ala Moana Hotel
               Condominium jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jill M. Spott    on behalf of Creditor    Association of Apartment Owners of Waupoli Beach Resort
               jspottesq@sheilslaw.com,   psheldon@sheilslaw.com
              Jodi L Hause    on behalf of Creditor    MERS as Nominee for Bank of America
               jodi.hause@phelanhallinan.com,   pamb@fedphe.com
              Jodi L Hause    on behalf of Creditor    EMC Mortgage Corporation jodi.hause@phelanhallinan.com,
               pamb@fedphe.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph Angelo Dessoye   on behalf of Creditor   JPMorgan Chase Bank, National Association pamb@fedphe.com
          Joseph P Schalk   on behalf of Creditor   JP Morgan Chase Bank, N.A. jschalk@barley.com, sromig@barley.com
          Joseph P Schalk   on behalf of Creditor   Bank of America, N.A. jschalk@barley.com, sromig@barley.com
          Joseph P Schalk   on behalf of Creditor   Aurora Loan Services, LLC. jschalk@barley.com, sromig@barley.com
          Kevin Buttery   on behalf of Creditor   THE BANK OF NEW YORK MELLON kbuttery@rascrane.com
          Mario John Hanyon   on behalf of Creditor   JPMorgan Chase Bank, National Association pamb@fedphe.com
          Markian R Slobodian   on behalf of Creditor   Marriott Ownership Resorts, Inc. law.ms@usa.net
          Matthew T Eyet   on behalf of Creditor   Castle Peak 2012-1 Loan Trust Mortgage Backed Notes, Series 2012-1, by U.S. Bank National Association, as Indenture Trustee, Successor in Interest to Aurora Loan Services, LLC MEYET@SANDELANDSLAW.COM, meyet@se-llp.com
          Sindi Mncina   on behalf of Creditor   THE BANK OF NEW YORK MELLON smncina@rascrane.com
          Thomas M Federman   on behalf of Creditor   Green Planet Servicing, LLC info@federmanlegal.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
          William J Levant   on behalf of Creditor   Association of Apartment Owners of Waikiki Marina Condominium efile.wjl@kaplaw.com

                                                                                                    TOTAL: 33

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:10-bk-01151-HWV
Chapter 11

In re: Debtor(s) (including Name and Address)

Thomas M. Johnson
520 Lunalio Home Rd Unit 104
Honolulu HI 96825-1708

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/02/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 17: Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept<br>PO Box 619096<br>Dallas TX 75261-9741<br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>ATTN: Bankruptcy Dept |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/04/19

Terrence S. Miller
**CLERK OF THE COURT**