OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III    Bank: Wells Fargo

Bankruptcy Number: 141-10-01151    Account Number: 9096

Date of Confirmation: April 4, 2012    Account Type: Checking

Reporting Period (quarter ended): December 31, 2019

Beginning Cash Balance: $3812.01

All receipts received by the debtor:

    Cash Sales: Wages + Interest    $64181.86

    Collection of Accounts Receivable: Rental Incomes    48879.76

    Proceeds from Litigation (settlement or otherwise): $_____

    Sale of Debtor's Assets: $_____

    Capital Infusion pursuant to the Plan: $_____

    Total of cash received: $113061.62

Total of cash available: $116873.63

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $35554.88

    Disbursements made pursuant to the administrative claims of bankruptcy professionals: $1692.00

    All other disbursements made in the ordinary course: $64029.30

    Total Disbursements: $101276.18

Ending Cash Balance: $15597.45

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/14/20    Signature: _____

Name/Title: Thomas M. Johnson III / DIP

Case 1:10-bk-01151-HWV   Doc 498   Filed 01/15/20   Entered 01/15/20 11:04:52   Desc   Main Document   Page 1 of 1