OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III  Bank: Wells Fargo

Bankruptcy Number: 141-10-01151  Account Number: -9096

Date of Confirmation: April 4, 2012  Account Type: Checking

Reporting Period (quarter ended): March 31, 2020

Beginning Cash Balance: $15597.45

All receipts received by the debtor:

Cash Sales: Wages + Interest  $78922.84

Collection of Accounts Receivable: Rental Incomes  $57608.20

Proceeds from Litigation (settlement or otherwise): $

Sale of Debtor's Assets: $

Capital Infusion pursuant to the Plan: $

Total of cash received: $136,531.04

Total of cash available: $152,128.49

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $45061.44

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $2847.50

All other disbursements made in the ordinary course: $6178.63

Total Disbursements  $109,697.57

Ending Cash Balance  $42,430.92

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4-14-20  Signature: [signed]
Name/Title: Thomas M. Johnson III / DIP