## LOCAL BANKRUPTCY FORM 9019-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

THOMAS M. JOHNSON, III,

**Debtor(s)**

THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-A

**Plaintiff(s)/Movant(s)**
vs.
THOMAS M. JOHNSON, III, and
GREGORY R. LYONS, Trustee

**Defendant(s)/Respondent(s)**

CHAPTER 11

CASE NO. 1-10-bk-01151

ADVERSARY NO. __-__-ap
(if applicable)

Nature of Proceeding: Hearing

Pleading: Motion for Relief from Stay

Document #: 494, 495

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST*

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☑ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  ☑ Thirty (30) days.
  ☐ Forty-five (45) days.
  ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: May 11, 2020

/s/ Keri P. Ebeck
Attorney for The Bank of New York Mellon

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.