IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 1:10-bk-01151-HWV |
|---|---|
| THOMAS M. JOHNSON, III,<br>　　　Debtor, | Chapter 11 |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7<br>　　　Movant,<br>　　v.<br>THOMAS M. JOHNSON, III, and GREGORY R. LYONS, Trustee<br>　　　Respondents | Doc. No. 494 |

ORDER OF COURT

AND NOW, upon consideration of the Request to Extend Deadline to File Stipulation Resolving the Motion for Relief from the Automatic Stay, it is hereby ORDERED that the deadline to file a stipulation is extended to August 10, 2020.

Dated: July 14, 2020

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge (JH)