# Notice Recipients

District/Off: 0314−1     User: AutoDocketer     Date Created: 7/14/2020
Case: 1:10−bk−01151−HWV     Form ID: pdf010     Total: 1

**Recipients of Notice of Electronic Filing:**
aty     Craig A. Diehl     cdiehl@cadiehllaw.com

TOTAL: 1