OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III       Bank: Wells Fargo

Bankruptcy Number: 1:41-10-01151          Account Number: 9096

Date of Confirmation: April 4, 2012       Account Type: Checking

Reporting Period (quarter ended): June 30, 2020

Beginning Cash Balance: $42,430.92

All receipts received by the debtor:

Cash Sales: Wages + Interest              $67,483.84

Collection of Accounts Receivable: Rental Incomes  39,828.45

Proceeds from Litigation (settlement or otherwise): $_____

Sale of Debtor's Assets: $_____

Capital Infusion pursuant to the Plan: $_____

Total of cash received: $107,312.29

Total of cash available: $149,743.21

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $99,059.64

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $1,693.00

All other disbursements made in the ordinary course: $48,183.96

Total Disbursements: $148,936.60

Ending Cash Balance: $806.61

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7-14-20       Signature: [signed]
                    Name/Title: Thomas Johnson / DIP