# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Thomas M. Johnson, III | Chapter: | 11 |
| Debtor 1 | Case No.: | 1:10-bk-01151-HWV |
| | | |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 | Document No.: | 494 |
| THOMAS M. JOHNSON, III, and GREGORY R. LYONS, Trustee | Nature of Proceeding: | Motion for Relief from the Automatic Stay |

## ORDER DISMISSING

The above-referenced pleading is hereby DISMISSED.

Dated: August 31, 2020

By the Court,

*Henry W. Van Eck* (MK)

Henry W. Van Eck, Chief Bankruptcy Judge

Ord Denying or Dismissing Pldg. - Revised 4/18