# Notice Recipients

District/Off: 0314–1　　　User: AutoDocketer　　　Date Created: 8/31/2020
Case: 1:10–bk–01151–HWV　　　Form ID: pdf010　　　Total: 3

**Recipients of Notice of Electronic Filing:**
aty　　　Craig A. Diehl　　　cdiehl@cadiehllaw.com
aty　　　Keri P Ebeck　　　kebeck@bernsteinlaw.com
aty　　　Lara S. Martin　　　lmartin@bernsteinlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 3