OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III      Bank: Wells Fargo

Bankruptcy Number: 141-10-01151           Account Number: 9096

Date of Confirmation: April 4, 2012       Account Type: Checking

Reporting Period (quarter ended): September 30, 2020

Beginning Cash Balance: $ 806.61

All receipts received by the debtor:

  Cash Sales: Wages + Interest      $ 74 367.86
  Collection of Accounts Receivable: Rental Incomes  15 136.90
  Proceeds from Litigation (settlement or otherwise): $ _____
  Sale of Debtor's Assets: $ _____
  Capital Infusion pursuant to the Plan: $ _____
  Total of cash received: $ 89 504.76

Total of cash available: $ 90 311.37

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

  Disbursements made under the plan, excluding the
    administrative claims of bankruptcy professionals: $ 23 400.36
  Disbursements made pursuant to the administrative claims
    of bankruptcy professionals: $ 10 125.00
  All other disbursements made in the ordinary course: $ 52 205.29
  Total Disbursements $ 85 730.65

Ending Cash Balance $ 4 580.72

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 10-14-20        Signature: _____
                      Name/Title: Thomas M. Johnson III / DIP

Case 1:10-bk-01151-HWV   Doc 514   Filed 10/15/20   Entered 10/15/20 10:15:15   Desc
Main Document    Page 1 of 1