IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>THOMAS M. JOHNSON, III,<br><br>      Debtor,<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7<br><br>      Movant,<br><br>  v.<br>THOMAS M. JOHNSON, III, and GREGORY R. LYONS, Trustee<br>            Respondents | Bankruptcy No. 1:10-bk-01151-HWV<br><br>Chapter 11<br><br>Doc. No. |

POST-PETITION PAYMENT HISTORY
AGREEMENT AND MORTGAGE DATED AUGUST 01, 2006

Recorded on August 08, 2006 in the State of Hawaii Bureau of Conveyances

Property Address:
520 Lunalio Home Rd Unit 104, Honolulu, HI 96825-1708

Mortgage Servicer:
The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR7 Mortgage Pass-Through Certificates Series 2006-AR7

Post-petition mailing address for Debtor(s) to send payment:
Nationstar Mortgage LLC
PO Box 619094
Dallas, TX 75261-9741

Mortgagor(s)/Debtor(s):
Thomas M. Johnson, III

Payments are contractually due:  1st of each month

Monthly__X_   Semi-monthly _____   Bi-weekly _____   Other_____

Each Monthly Payment is comprised of:

Principal and Interest….   $4,711.89
Escrow…….………….....   $37.50

**TOTAL**………………   $4,749.39

**POST-PETITION PAYMENTS** (Petition was filed on February 16, 2010)

| Payment amount due | Date payment was due | Date payment was received | Amount received | Check number | How payment was applied |
|---|---|---|---|---|---|
| $4,749.39 | 11/01/2020 | | | | |
| | | | | | |
| | | | | | |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE:  3

TOTAL NUMBER OF AMOUNT DUE IN SUSPENSE: ($105.29)

TOTAL NUMBER OF POST-PETITION ARREARS: $14,142.88

/s/ Keri P. Ebeck
Counsel for The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JPMorgan Chase Bank, N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR7 Mortgage Pass-Through Certificates Series 2006-AR7

Dated:  January 14, 2021