OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III    Bank: Wells Fargo

Bankruptcy Number: 141-10-01151    Account Number: 9096

Date of Confirmation: April 4, 2012    Account Type: Checking

Reporting Period (quarter ended): December 31 2020

Beginning Cash Balance: $ 4580.72

All receipts received by the debtor:

    Cash Sales: Wages + Interest    $ 67717.18

    Collection of Accounts Receivable: Rental Incomes  32215.68

    Proceeds from Litigation (settlement or otherwise):    $ _____

    Sale of Debtor's Assets:    $ _____

    Capital Infusion pursuant to the Plan:    $ _____

    Total of cash received:    $ 99,932.86

Total of cash available:    $ 104,513.58

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:    $ 28492.35

    Disbursements made pursuant to the administrative claims of bankruptcy professionals:    $ 11,104.00

    All other disbursements made in the ordinary course:    $ 56,254.51

    Total Disbursements    $ 95,850.86

Ending Cash Balance    $ 8662.72

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/15/21    Signature: _____

Name/Title: Thomas Johnson / DIP