# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** THOMAS M. JOHNSON, III, | : | CHAPTER 11 |
| | : | CASE NO. 1-10-bk-01151-HWV |
| **Debtor(s)** | : | |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-, | : | ADVERSARY NO. __-__-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. | : | Nature of Proceeding: Motion for Relief from Automatic Stay |
| THOMAS M. JOHNSON, III, and GREGORY R. LYONS, Trustee | : | |
| **Defendant(s)/Respondent(s)** | : | Document #: 515 |

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

Movant requests a Two (2) Week continuance of the Motion for Relief from Stay Hearing scheduled for Tuesday February, 2021 at 9:30 am to give the Movant time to apply the payment received from the Debtor

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 02/08/2021

/s/ Keri P. Ebeck

Attorney for The Bank of New York Mellon, et al

Name: Keri P. Ebeck

Phone Number: (412) 456-8112

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.