OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III        Bank: Wells Fargo

Bankruptcy Number: 141-10-01151             Account Number: ___-596

Date of Confirmation: April 4, 2012         Account Type: Checking

Reporting Period (quarter ended): March 31, 2021

Beginning Cash Balance:                     $ 8662.72

All receipts received by the debtor:

    Cash Sales: Wages + Interest       $ 60,179.82

    Collection of Accounts Receivable: Rental Incomes  $ 40,551.93

    Proceeds from Litigation (settlement or otherwise): $ _____

    Sale of Debtor's Assets:            $ _____

    Capital Infusion pursuant to the Plan: $ _____

    Total of cash received:             $ 100,731.75

Total of cash available:                    $ 109,394.47

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

    Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 52,208.86

    Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 3,151.00

    All other disbursements made in the ordinary course: $ 53,390.75

    Total Disbursements                 $ 108,750.51

Ending Cash Balance                         $ 643.86

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 4/15/21

Signature: _____

Name/Title: Thomas M. Johnson III / DIP