OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor Name: Thomas M. Johnson, III        Bank: Wells Fargo

Bankruptcy Number: 141-10-01151            Account Number: ...-9096

Date of Confirmation: April 4, 2012         Account Type: Checking

Reporting Period (quarter ended): June 30, 2021

Beginning Cash Balance:     $ 643.86

All receipts received by the debtor:

Cash Sales: Wages + Interest      $ 63,797.00
Collection of Accounts Receivable: Rental Incomes  48,630.89
Proceeds from Litigation (settlement or otherwise):  $
Sale of Debtor's Assets:     $
Capital Infusion pursuant to the Plan:     $
Total of cash received:     $ 112,427.89

Total of cash available:     $ 113,071.75

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:     $ 38,618.27

Disbursements made pursuant to the administrative claims of bankruptcy professionals:     $ 3,680.00

All other disbursements made in the ordinary course:     $ 71,692.79

Total Disbursements     $ 113,991.06

Ending Cash Balance     $ <919.31>

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/17/21          Signature: [signature]
                       Name/Title: Thomas M. Johnson III / PIP