In re:                                                                              Case No. 10-01151-HWV

Thomas M. Johnson, III                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                              User: AutoDocke                              Page 1 of 6

Date Rcvd: Aug 15, 2024                           Form ID: pdf010                              Total Noticed: 87

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Thomas M. Johnson, III, 520 Lunalio Home Rd Unit 104, Honolulu, HI 96825-1708 |
| aty | + | Abbe A. Miller, Weir & Partners LLP, 1339 Chestnut Street, Suite 500, The Widener Building, Philadelphia, PA 19107-3503 |
| aty | + | Randall I. Morikawa, Ching & Morikawa, 4211 Waialae Avenue Suite 34, Honolulu, HI 96816-5322 |
| aty | + | Stephen M Tannenbaum, Alston Hunt Floyd and Ing, 1001 Bishop Street Ste 1800, Honolulu, HA 96813-3689 |
| cr | + | Association of Apartment Owners of Ko'olani, c/o Certified management, Inc., 3179 Koapaka Street, Hoholulu, HI 96819-1927 |
| cr | + | Association of Apartment Owners of Waikiki Marina, 1700 Ala Moana Boulevard, Honolulu, HI 96815-1415 |
| cr | | EMC Mortgage fka EMC Mortgage Corporation, Mail Code LA4-5555 - 700 Kansas Lane, Monroe, LA 71203 |
| cr | + | Keiko Kakamura White, c/o Weir & Partners LLP, Bonnie R. Golub, Esquire, 1339 Chestnut Street, Suite 500 Philadelphia, PA 19107-3503 |
| cr | + | MERS as Nominee for Bank of America, P O Box 293150, Lewisville, TX 75029-3150 |
| cr | + | Marriott Ownership Resorts, Inc., Law Offices of Markian R. Slobodian, 801 North Second St., Harrisburg, PA 17102-3213 |
| cr | + | Toshiko Kakamura, c/o Weir & Partners LLP, Bonnie R. Golub, Esquire, 1339 Chestnut Street, Suite 500 Philadelphia, PA 19107-3503 |
| 3840812 | + | 3M Investments Inc, Randall I Morikawa Esq, 4211 Waialae Avenue, Suite 34, Honolulu, HI 96816-5322 |
| 3493302 | + | Aaron's Sales and Lease, Store #F642, 3431a Simpson Ferry Road, Camp Hill, PA 17011-6404 |
| 4034483 | + | Abbe A. Miller, Esquire (#56239), Weir & Partners LLP, The Widener Building, 1339 Chestnut Street, Suite 500, Philadelphia, PA 19107-3503 |
| 3493303 | + | Academy Collect Service, Inc., 10965 Decatur Road, Philadelphia, PA 19154-3210 |
| 3493304 | + | Ala Moana Hotel Condo, Hawaiiana Management Co. LTD, P.O. Box 30150, Honolulu, HI 96820-0150 |
| 3696843 | + | Ann E Swartz Esquire, for BAC Home Loans Svc LP, Goldbeck McCafferty & McKeever, 701 Market Street Suite 5000, Philadelphia, PA 19106-1541 |
| 3630867 | + | Assoc of Apt Owners of Waikiki Marina, Arlette Harada Esq, Ekimoto and Morris LLLC, 1001 Bishop St Suite 780, Honolulu, HI 96813-3484 |
| 3855840 | + | Association of Apartment Owners, of Ko olani c/o Certified Mgmt.Inc, c/o Jill M Spott Esquire, 108 North Abington Road, Clarks Summit, PA 18411-2505 |
| 3539682 | | Aurora Loan Services LLC, Bankruptcy Department, P.O. BOx 5180, Denver, CO 80127 |
| 5143756 | + | BB&T Mortgage, c/o Gilbert R. Yabes, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933 San Diego, CA 92177-7921 |
| 3918862 | | Bank of Hawaii, c/o Diane E. Vuocolo, Esquire, Greenberg Traurig, LLP, Two Commerce Sq., 2001 Market St., Philadelphia, PA 19103 |
| 4489116 | + | Bonnie R. Golub, Esquire, Attorney for Toshiko Kakamura, Keiko Kak, Suite 500, The Widener Building, 1339 Chestnut Street, Philadelphia, PA 19107-3519 |
| 3840806 | | Brian M Kile Esquire, Grenen & Birsic PC, One Gateway Center 9th Floor, Pittsburgh, PA 15222 |
| 4662334 | + | Cathy E. Paige 2002 Trust, c/o Randall I. Morikawa, Esquire, 4211 Waialae Ave., Suite 34, Honolulu, HI 96816-5322 |
| 4662335 | + | Cathy E. Paige 2002 Trust, c/o Randall I. Morikawa, Esquire, 4211 Waialae Ave., Suite 34, Honolulu, HI 96816, Cathy E. Paige 2002 Trust c/o Randall I. Morikawa, Esquire 96816-5322 |
| 4784536 | + | Citibank, N.A, 939 W. North Avenue, Suite 680, Chicago, IL 60642-7138 |
| 4784537 | + | Citibank, N.A, 939 W. North Avenue, Suite 680, Chicago, IL 60642, Citibank, N.A, 939 W. North Avenue, Suite 680 Chicago, IL 60642-7138 |
| 3493308 | + | Colony Surf, LTD, Colony Surf Association, 2895 Kalakaua Avenue, Honolulu, HI 96815-4093 |
| 5124051 | + | Crosby Capital USA, 1688 Meridian Avenue 7th, Miami Beach, FL 33139-2710 |
| 5124052 | + | Crosby Capital USA, 1688 Meridian Avenue 7th, Miami Beach, FL 33139, Crosby Capital USA, 1688 Meridian Avenue 7th Miami Beach, FL 33139-2710 |
| 3593137 | | EMC Mortgage Corporation, c/o Jodi L. Hause, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 3524121 | + | Finance Solutions LLC, George Chew CEO, PO Box 30816, Honolulu, HI 96820-0816 |
| 5144017 | + | Gilbert R. Yabes, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |

| | | |
|---|---|---|
| 3493309 | + | Hawaiian Telcom FKA Verizon, 1177 Bishop Street, Honolulu, HI 96813-2837 |
| 3493310 | + | Hawaiiana Management Co., LTD, 711 Kapiolani Boulevard, Suite 700, Honolulu, HI 96813-5249 |
| 4489115 | | JOSEPH SCHALK, PHELAN HALLINAN & SCHMIEG, LLP, Attorney for Bank of America, N.A., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 4825040 | + | Jerome Blank, Esq., Id. No.49736, For JP Morgan Chase Bank, NA, Phelan Hallinan Diamond & Jones, LLP, 126 Locust Street, Harrisburg, PA 17101-1414 |
| 3882881 | + | Jill M Spott Esquire, Assoc of Apt Owners of Ko olani, 108 North Abington Road, Clarks Summit, PA 18411-2505 |
| 3575954 | | Jodi L Hause Esq, Grenen and Birsic PC, One Gateway Center 9th Floor, Pittsburgh, PA 15222 |
| 4763892 | + | Jonathan C Cahill, Aldridge Pite LLP, 4375 Jutland Dr Suite 200, PO Box 17933, San Diego, CA 92177-7921 |
| 4044341 | | Keiko Nakamura White, Toshiko Nakamura, c/o Weir & Partners LLP, The Widener Building, Suite 500, Philadelphia,PA 19107 |
| 5113856 | + | Kevin Buttery Esquire, c.o. RAS Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 3493311 | + | Ko'Olani AOAO, Certified Management, Inc., P.O. Box 29730, Honolulu, HI 96820-2130 |
| 3553987 | | MERS as Nominee for Bank of America, P O Box 660753, Lewisville, TX 75029 |
| 3553988 | | MERS as Nominee for Bank of America, c/o Jodi L. Hause, Esquire, Grenen & Birsic, PC, One Gateway Center, 9th Floor, Pittsburgh, PA 15222 |
| 3883908 | + | Marriott Resorts Hospitality Corporation, PO Box 8038, Lakeland, FL 33802-8038 |
| 3730559 | + | Michael H Nekoba, Daryle SH Nekoba, c/o Emma S Matsunaga Esq, 220 S King Street Suite 1900, Honolulu, HA 96813-4593 |
| 3990628 | + | Miriah Holden, Esquire, Kessner Umebayashi Bain & Matsunaga, 220 South King Street, Suite 1900, Honolulu, HI 96813-4593 |
| 3730557 | + | Mortgage Capital Group LLC, c/o Emma S Matsunage Esq, 220 S King Street, Suite 1900, Honolulu, HA 96813-4593 |
| 3493313 | + | NCO Financial Systems, Inc., Panahi Tower, 1003 Bishop Street, Suite 480, Honolulu, HI 96813-6413 |
| 3840814 | | Pacific Mortgage Investors LLC, Randall I Morikawa Esq, 1001 Bishop Street, 2700 ASB Tower, Honolulu, HI 96813 |
| 3706944 | + | Steven Chung and Associates LLC, 841 Bishop Street Suite 410, Honolulu, HI 96813-3921 |
| 3493318 | + | The Carlyle Deco Hotel Condo, Association Services of FL, 10112 USA Today Way, Miramar, FL 33025-3903 |
| 3493319 | + | Waipouli Beach Resort AOAO, Certified Management, Inc., 3179 Koapaka Street, Honolulu, HI 96819-1927 |

TOTAL: 55

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 15 2024 19:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| cr | + | Email/Text: BKMAIL@planethomelending.com | Aug 15 2024 19:38:00 | Green Planet Servicing, LLC, 10 Research Parkway, Suite 2, Wallingford, CT 06492-1963 |
| cr | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 15 2024 19:38:00 | Nationstar Mortgage, LLC., PO Box 630267, Irving, TX 75063 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2024 19:38:00 | THE BANK OF NEW YORK MELLON, RAS Crane, 10700 ABBOTT'S BRIDGE ROAD, Suite 170, DULUTH, GA 30097-8461 |
| 3493305 | ^ | MEBN | Aug 15 2024 19:34:44 | Associated Recovery Systems, P.O. Box 469046, Escondido, CA 92046-9046 |
| 3694126 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 15 2024 19:37:00 | BAC Home Loan Servicing, LP, Bankruptcy Department, Mail Stop TX2-982-03-03, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 5008247 | + | Email/Text: bankruptcy@bsifinancial.com | Aug 15 2024 19:38:00 | BSI Financial Services, 1425 Greenway Drive, Ste. 400, Irving, TX 75038-2480 |
| 3505636 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 15 2024 19:43:44 | Capital One Bank (USA), N.A., by American Infosource Lp As Agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 3690745 | + | Email/Text: Pacers.KN@cpb.bank | Aug 15 2024 19:38:00 | Central Pacific Bank, c/o Cori Ann C Takamiya Esq, 220 South King Street Suite 1900, Honolulu, HA 96813-4590 |
| 3493307 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 19:43:51 | Citibank, P.O. Box 8104, South Hackensack, NJ 07606-8104 |
| 4763816 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 15 2024 19:38:00 | Fay Servicing, LLC, C/O ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 4074885 | + | Email/Text: crc_bankruptcy@fhb.com | Aug 15 2024 19:38:00 | First Hawaiian Bank, Attn: Gary Y. Kawamoto, P.O. Box 1959, Honolulu, Hawaii 96805-1959 |

| 3493306 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2024 19:43:43 | Chase Bank, P.O. Box 15153, Wilmington, DE 19886-5153 |
|---|---|---|---|
| 3553250 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2024 19:43:43 | JP MORGAN CHASE BANK, N.A, BANKRUPTCY DEPT, CHASE HOME FINANCE LLC, 3415 VISION DRIVE, COLUMBUS,OH 43219 |
| 3936748 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 15 2024 19:43:44 | JPMorgan Chase Bank, N.A., 3415 Vision Drive, OH4-7302, Columbus, OH 43219 |
| 3883907 | + Email/Text: MVWBANKRUPTCY@MVWC.COM | Aug 15 2024 19:38:00 | Marriott Ownership Resorts Inc, PO Box 8038, Lakeland, FL 33802-8038 |
| 3493312 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 15 2024 19:38:00 | Midland Credit Management, 8875 Aero Drive, San Diego, CA 92123-2255 |
| 4557071 | Email/Text: nsm_bk_notices@mrcooper.com | Aug 15 2024 19:38:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 4557070 | Email/Text: nsm_bk_notices@mrcooper.com | Aug 15 2024 19:38:00 | Nationstar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 3493314 | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 15 2024 19:38:00 | Nissan Motor Acceptance, 2901 Kinwest Parkway, Irving, TX 75063 |
| 5276782 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 15 2024 19:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper 75261-9096, ATTN: Bankruptcy Dept |
| 5276781 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 15 2024 19:38:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 3493315 | Email/Text: bkrgeneric@penfed.org | Aug 15 2024 19:38:00 | Pentagon Federal Credit Union, P.O. Box 1432, Alexandria, VA 22313-2032 |
| 3622006 | + Email/Text: BKMAIL@planethomelending.com | Aug 15 2024 19:38:00 | PFG Mortgage Trust 1, c/o Green Planet Servicing, 10 Research Parkway, Suite 2, Wallingford, CT 06492-1963 |
| 3493316 | + Email/Text: bankruptcy@rarogersinc.com | Aug 15 2024 19:38:00 | R.A. Rogers, Inc, Collection Consultatns, P.O. Box 3302, Crofton, MD 21114-0302 |
| 4015001 | + Email/Text: bkdepartment@rtresolutions.com | Aug 15 2024 19:38:00 | Real Time Resolutions, Inc, 1750 Regal Row, Suite 120, PO BOX 36655, Dallas, Tx 75235-1655 |
| 3501054 | + Email/Text: bkdepartment@rtresolutions.com | Aug 15 2024 19:38:00 | Real Time Resolutions, Inc., 1750 Regal Row Suite 120, PO Box 36655, Dallas Texas 75235-1655 |
| 3493317 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 15 2024 19:43:51 | Sears Credit Card, P.O. Box 183082, Columbus, OH 43218-3082 |
| 3957875 | + Email/Text: Tax.Collection.Bankruptcy@hawaii.gov | Aug 15 2024 19:38:00 | State of Hawaii, Department of Taxation, Hawaii State Tax Collector, Attn: Bankru, PO Box 259, Honolulu, HI 96809-0259 |
| 5113764 | + Email/Text: RASEBN@raslg.com | Aug 15 2024 19:38:00 | The Bank of New York Mellon, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5003052 | + Email/Text: bankruptcy@bsifinancial.com | Aug 15 2024 19:38:00 | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038, U.S. Bank Trust National Association, c/o BSI Financial Services 75038-2480 |
| 5003051 | + Email/Text: bankruptcy@bsifinancial.com | Aug 15 2024 19:38:00 | U.S. Bank Trust National Association, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038-2480 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BB&T Mortgage |
| cr | | BSI FINANCIAL SERVICES |
| cr | | Bank of New York Mellon Et Al... |
| cr | | Fay Servicing, LLC |
| cr | | Steven Chung and Associates |
| cr | | U.S. Bank Trust national Association, as Trustee o |
| 4079460 | | Association of Apartment Owners of Ala Moana Hotel |
| cr | *+ | EMC Mortgage Corporation, P O Box 293150, Lewisville, TX 75029-3150 |
| cr | *+ | Finance Solutions LLC, George Chew CEO, PO Box 30816, Honolulu, HI 96820-0816 |
| 3543192 | * | AURORA LOAN SERVICES, LLC., BANKRUPTCY DEPT, PO BOX 5180, DENVER, CO 80127 |
| 3766689 | *+ | BAC Home Loan Servicing, LP, Bankruptcy Department, Mail Stop TX2-982-03-03, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 3781786 | *+ | BAC Home Loan Servicing, LP, Bankruptcy Department, Mail Stop TX2-982-03-03, 7105 Corporate Drive, Plano, TX 75024-4100 |
| 3518957 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Department of Treasury, Internal Revenue Service, 600 Arch Street, Room 5200, Philadelphia PA 19106 |
| 4044342 | * | Keiko Nakamura White, Toshiko Nakamura, c/o Weir & Partners LLP, The Widener Building, Suite 500, Philadelphia, PA 19107 |
| 3593136 | ##+ | EMC Mortgage Corporation, P O Box 293150, Lewisville, TX 75029-3150 |
| 3912768 | ##+ | The Law Offices of Markian R Slobodian, 801 North Second Street, Harrisburg, PA 17102-3213 |

TOTAL: 7 Undeliverable, 7 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2024        Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbe A. Miller | on behalf of Creditor Keiko Kakamura White abbe.miller@weirpartners.com  imarciniszyn@weirpartners.com |
| Abbe A. Miller | on behalf of Creditor Toshiko Kakamura abbe.miller@weirpartners.com  imarciniszyn@weirpartners.com |
| Bonnie R Golub | on behalf of Creditor Toshiko Kakamura bgolub@wgpllp.com  imarciniszyn@weirpartners.com |
| Bonnie R Golub | on behalf of Creditor Keiko Kakamura White bgolub@wgpllp.com  imarciniszyn@weirpartners.com |
| Brian Michael Kile | on behalf of Creditor EMC Mortgage Corporation bkile@grenenbirsic.com  mcupec@grenenbirsic.com |
| Craig A. Diehl | on behalf of Debtor 1 Thomas M. Johnson  III cdiehl@cadiehllaw.com, jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |

Diane E Vuocolo
  on behalf of Creditor Bank of Hawaii vuocolod@ballardspahr.com

Elizabeth L. Slaby
  on behalf of Creditor JP Morgan Chase Bank  N.A. bslaby@lenderlaw.com, mcupec@grenenbirsic.com

Gregory Benjamin Schiller
  on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov

Gregory R. Lyons
  on behalf of Asst. U.S. Trustee United States Trustee ustpregion03.ha.ecf@usdoj.gov

James Warmbrodt
  on behalf of Creditor Citibank  N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI
  bkgroup@kmllawgroup.com

Jerome B Blank
  on behalf of Creditor JP Morgan Chase Bank  N.A. pamb@fedphe.com

Jill E Durkin
  on behalf of Creditor Cathy Paige 2002 Tru Alan Pollock  Richard Paige, jilldurkinesq@gmail.com, psheldon@sheilslaw.com

Jill E Durkin
  on behalf of Creditor Association of Apartment Owners of Ala Moana Hotel Condominium jilldurkinesq@gmail.com
  psheldon@sheilslaw.com

Jill E Durkin
  on behalf of Creditor Association of Apartment Owners of Ko'olani jilldurkinesq@gmail.com  psheldon@sheilslaw.com

Jill E Durkin
  on behalf of Creditor Association of Apartment Owners of Waupoli Beach Resort jilldurkinesq@gmail.com
  psheldon@sheilslaw.com

Jill E Durkin
  on behalf of Creditor Association of Apartment Owners of Waikiki Marina Condominium jilldurkinesq@gmail.com
  psheldon@sheilslaw.com

Jodi Hause
  on behalf of Creditor MERS as Nominee for Bank of America jodi.hause@usdoj.gov  pamb@fedphe.com

Jodi Hause
  on behalf of Creditor EMC Mortgage Corporation jodi.hause@usdoj.gov  pamb@fedphe.com

Joseph Angelo Dessoye
  on behalf of Creditor JPMorgan Chase Bank  National Association pamb@fedphe.com

Joseph P Schalk
  on behalf of Creditor JP Morgan Chase Bank  N.a. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Joseph P Schalk
  on behalf of Creditor Bank of America  N.A. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Joseph P Schalk
  on behalf of Creditor Aurora Loan Services  LLC. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Keri P Ebeck
  on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JPMorgan Chase
  Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR7 Mortgage Pass-Throug
  kebeck@bernsteinlaw.com,
  btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin Buttery
  on behalf of Creditor THE BANK OF NEW YORK MELLON kbuttery@rascrane.com

Lara Shipkovitz Martin
  on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JPMorgan Chase
  Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR7 Mortgage Pass-Throug
  lmartin@bernsteinlaw.com,
  cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

Mario John Hanyon
  on behalf of Creditor JPMorgan Chase Bank  National Association pamb@fedphe.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
  on behalf of Creditor THE BANK OF NEW YORK MELLON ecfmail@mwc-law.com

Marisa Myers Cohen
  on behalf of Creditor BAC Home Loans Servicing  LP fka Countrywide Home Loans Servicing LP ecfmail@mwc-law.com

Markian R Slobodian
  on behalf of Creditor Marriott Ownership Resorts  Inc. law.ms@usa.net

Matthew T Eyet

on behalf of Creditor Castle Peak 2012-1 Loan Trust Mortgage Backed Notes  Series 2012-1, by U.S. Bank National Association, as Indenture Trustee, Successor in Interest to Aurora Loan Services, LLC MEYET@SANDELANDSLAW.COM, meyet@se-llp.com

Sindi Mncina

on behalf of Creditor THE BANK OF NEW YORK MELLON smncina@raslg.com

Thomas M Federman

on behalf of Creditor Green Planet Servicing  LLC info@federmanlegal.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William J Levant

on behalf of Creditor Association of Apartment Owners of Waikiki Marina Condominium efile.wjl@kaplaw.com

TOTAL: 35

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                        :
                                  :
**THOMAS M. JOHNSON, III,**    :    **CASE NO: 1:10-bk-01151-HWV**
                                  :
     **Debtor-in-Possession**     :
                                  :    **CHAPTER 11**
                                  :

## ORDER

Upon consideration of the Motion for Final Decree, Doc. 541, and good reason appearing therefore, it is

**ORDERED** as follows:

1. Debtor's Fourth Amended Plan of Reorganization was confirmed on April 4, 2012.

2. Except as provided in 11 U.S.C §1141(d)(2) and (d)(3), the provisions of the confirmed Plan bind the Debtor and any creditor or party-in-interest.

3. Except as otherwise provided in the Plan, all property of the bankruptcy estate is vested.

4. Except as otherwise provided in the Plan, the property dealt with by the Plan is free and clear of all claims and interests of creditors.

5. Except as provided in 11 U.S.C §1141(d)(2) and (d)(3), or the Plan, upon completion of payments provided for under the Plan, Debtor is entitled to a discharge from any debt that arose before the date of confirmation and any debt of a kind specified in 11 U.S.C §502(g), (h), or (i), whether or not (a) a proof of claim based on such debt was filed or deemed filed under 11 U.S.C §502; or (b) the holder of such claim accepted the Plan.

6.    Should entry of a Discharge be or have been for any reason deferred, until such time as a Discharge is entered and in any event thereafter, all creditors of, claimants against, and persons asserting interests of any nature in the property of the reorganized debtor are enjoined and stayed from pursuing or attempting to pursue any action, commencing any action or continuing any action, employment of process, or any act against debtor or his property on account of or based upon any right, claim, or interest which any such creditor, claimant, or other person may have had or asserted at the date of filing of Debtor's Voluntary Chapter 11 petition, except with respect to claims, rights, or interest arising out of the Plan  or other Orders of this Court.

7.    Should entry of Discharge be or have been for any reason deferred, this Court shall retain jurisdiction to enter a Discharge Order upon satisfaction of such conditions as might be or have been imposed by the Court.

8.    Subjection to the foregoing, this Chapter 11 case is closed.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 15, 2024