Certificate Number: 15111-PAM-DE-038886872

Bankruptcy Case Number: 10-01151



15111-PAM-DE-038886872

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 20, 2024, at 11:12 o'clock AM EDT, Thomas M. Johnson III completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 20, 2024

By: /s/Ryan McDonough

Name: Ryan McDonough

Title: Executive Director of Education