United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Thomas M. Johnson, III

    Debtor

Case No. 10-01151-HWV

Chapter 11

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | Thomas M. Johnson, III, 520 Lunalio Home Rd Unit 104, Honolulu, HI 96825-1708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Abbe A. Miller | on behalf of Creditor Keiko Kakamura White abbe.miller@weirpartners.com  imarciniszyn@weirpartners.com |
| Abbe A. Miller | on behalf of Creditor Toshiko Kakamura abbe.miller@weirpartners.com  imarciniszyn@weirpartners.com |
| Bonnie R Golub | on behalf of Creditor Toshiko Kakamura bgolub@wgpllp.com  imarciniszyn@weirpartners.com |
| Bonnie R Golub | on behalf of Creditor Keiko Kakamura White bgolub@wgpllp.com  imarciniszyn@weirpartners.com |
| Brian Michael Kile | on behalf of Creditor EMC Mortgage Corporation bkile@grenenbirsic.com  mcupec@grenenbirsic.com |
| Craig A. Diehl | on behalf of Debtor 1 Thomas M. Johnson  III cdiehl@cadiehllaw.com, jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Diane E Vuocolo | on behalf of Creditor Bank of Hawaii vuocolod@ballardspahr.com |
| Elizabeth L. Slaby | on behalf of Creditor JP Morgan Chase Bank  N.A. bslaby@lenderlaw.com, mcupec@grenenbirsic.com |

Gregory Benjamin Schiller
on behalf of Asst. U.S. Trustee United States Trustee Gregory.B.Schiller@usdoj.gov  ustpregion03.ha.ecf@usdoj.gov

Gregory R. Lyons
on behalf of Asst. U.S. Trustee United States Trustee ustpregion03.ha.ecf@usdoj.gov

James Warmbrodt
on behalf of Creditor Citibank  N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI
bkgroup@kmllawgroup.com

Jerome B Blank
on behalf of Creditor JP Morgan Chase Bank  N.A. pamb@fedphe.com

Jill E Durkin
on behalf of Creditor Association of Apartment Owners of Ala Moana Hotel Condominium jilldurkinesq@gmail.com
psheldon@sheilslaw.com

Jill E Durkin
on behalf of Creditor Association of Apartment Owners of Ko'olani jilldurkinesq@gmail.com  psheldon@sheilslaw.com

Jill E Durkin
on behalf of Creditor Association of Apartment Owners of Waupoli Beach Resort jilldurkinesq@gmail.com
psheldon@sheilslaw.com

Jill E Durkin
on behalf of Creditor Association of Apartment Owners of Waikiki Marina Condominium jilldurkinesq@gmail.com
psheldon@sheilslaw.com

Jill E Durkin
on behalf of Creditor Cathy Paige 2002 Tru Alan Pollock  Richard Paige, jilldurkinesq@gmail.com, psheldon@sheilslaw.com

Jodi Hause
on behalf of Creditor MERS as Nominee for Bank of America jodi.hause@usdoj.gov  pamb@fedphe.com

Jodi Hause
on behalf of Creditor EMC Mortgage Corporation jodi.hause@usdoj.gov  pamb@fedphe.com

Joseph Angelo Dessoye
on behalf of Creditor JPMorgan Chase Bank  National Association pamb@fedphe.com

Joseph P Schalk
on behalf of Creditor JP Morgan Chase Bank  N.A. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Joseph P Schalk
on behalf of Creditor Bank of America  N.A. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Joseph P Schalk
on behalf of Creditor Aurora Loan Services  LLC. joseph.schalk@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov

Keri P Ebeck
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JPMorgan Chase
Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR7 Mortgage Pass-Throug
kebeck@bernsteinlaw.com,
btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Kevin Buttery
on behalf of Creditor THE BANK OF NEW YORK MELLON kbuttery@rascrane.com

Lara Shipkovitz Martin
on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JPMorgan Chase
Bank  N.A. as Trustee for Structured Asset Mortgage Investments II Trust 2006-AR7 Mortgage Pass-Throug
lmartin@bernsteinlaw.com,
cwirick@bernsteinlaw.com;cwirick@ecf.courtdrive.com;lshipkovitz@ecf.courtdrive.com;laraship@gmail.com

Mario John Hanyon
on behalf of Creditor JPMorgan Chase Bank  National Association pamb@fedphe.com, mario.hanyon@brockandscott.com

Marisa Myers Cohen
on behalf of Creditor THE BANK OF NEW YORK MELLON ecfmail@mwc-law.com

Marisa Myers Cohen
on behalf of Creditor BAC Home Loans Servicing  LP fka Countrywide Home Loans Servicing LP ecfmail@mwc-law.com

Markian R Slobodian
on behalf of Creditor Marriott Ownership Resorts  Inc. law.ms@usa.net

Matthew T Eyet
on behalf of Creditor Castle Peak 2012-1 Loan Trust Mortgage Backed Notes  Series 2012-1, by U.S. Bank National Association,
as Indenture Trustee, Successor in Interest to Aurora Loan Services, LLC MEYET@SANDELANDSLAW.COM,
meyet@se-llp.com

Sindi Mncina
on behalf of Creditor THE BANK OF NEW YORK MELLON smncina@raslg.com

Thomas M Federman
            on behalf of Creditor Green Planet Servicing  LLC info@federmanlegal.com

United States Trustee
            ustpregion03.ha.ecf@usdoj.gov

William J Levant
            on behalf of Creditor Association of Apartment Owners of Waikiki Marina Condominium efile.wjl@kaplaw.com


TOTAL: 35

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Thomas M. Johnson III,

**Debtor 1**

| | |
|---|---|
| Chapter | 11 |
| Case No. | 1:10−bk−01151−HWV |

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **October 9, 2024**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CynthiaBoyle, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 19, 2024 |

ntfnmg(04/18)